No. 592. ATCHISON & EASTERN BRIDGE Co. *v.* CLARK. December 11, 1933. Petition for writ of certiorari to the

Supreme Court of Missouri denied. *Mr. W. F. Guthrie* for petitioner. *Mr. Miles Elliott* for respondent.